# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

19-748-SMY

Manith Vilayhong

Case Number: __N / A__

(Clerk's Office will provide)

*Plaintiff/Petitioner(s)*

v.

Dr. Benerio Santos
LANA NALEWASKA HCUA

*Defendant/Respondent(s)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

I.   JURISDICTION  28 U.S.C. §§1331 + 1343

Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of
confinement.  C.C.C.
P.O. BOX 7711
Centralia IL, 62801

Defendant #1:

B.   Defendant Dr. Benerio Santos _____ is employed as

(a)     (Name of First Defendant)

PHYSICIAN

(b)     (Position/Title)

with WEXFORD

(c)     (Employer's Name and Address)

N/A

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:
Provides health care for IDOC

(Rev. 7/2010)                                        1

**Defendant #2:**

C.     Defendant _Lara Nalewajka_ is employed as

(Name of Second Defendant)

_HCUA, ADA COORDINATOR_

(Position/Title)

with _I.D.O.C._

(Employer's Name and Address)

_C.C.C. P.O. Box 711, Centralia IL, 62801_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

_Defendant is a state employee who supervises the HCU at C.C.C._

**Additional Defendant(s) (if any):**

D.     Using the outline set forth above, identify any additional Defendant(s).

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ☑ Yes   ☐ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1.   Parties to previous lawsuits:
Plaintiff(s): Vikayhong

Defendant(s): Goins

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number: 15-3302

4.   Name of Judge to whom case was assigned: Beker

5.   Type of case (for example: Was it a habeas corpus or civil rights action?): civil rights

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

7.   Approximate date of filing lawsuit 2015

8.   Approximate date of disposition: 2017

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution?   ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C.   If your answer is YES,
   1.   What steps did you take?

   EXHAUSTED

   2.   What was the result?

   EXHAUSTED

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F.   If your answer is YES,
   1.   What steps did you take?

   2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not.

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

1. Request compensatory and punitive damages
2. Request adequate medical treatment
3. Request IDOC and Wexford send plaintiff to ENT Specialist.

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 7-9-19
_____
(date)

P.O. Box 711
_____
Street Address

Centralia IL, 62801
_____
City, State, Zip

_____
Signature of Plaintiff

MANITH VILAYHONG
_____
Printed Name

M17024
_____
Prisoner Register Number

_____
Signature of Attorney (if any)

# COMPLAINT

This is a civil rights action filed by State prisoner Manith Vilayhong, alleging violation of his 8th Amend Right to be free from cruel and unusual punishment, Plaintiff alleges Defendants were and continue to be Deliberately Indifferent to his serious medical needs (EXHIBIT 2s).

Plaintiff has chronic Otitus Media which resulted from well established 2 major staph infections of MANY PSEUDOMONAS AERUGINOSA VARIETY 1, AND MANY PSEUDOMONAS AERUGINOSA VARIETY 2. From Plaintiff's initial complaints of excruciating ear pain, it took an unreasonable delay of 71 days for the Physician Benesio Santos to perform a culture swab (EXHIBIT 2s pg. 8)

On 4-29-19, Physician Defendant Santos diagnosed Plaintiff as having THRUSH on his tongue (which is a side-effect of the 30 days of oral LEVOQUIN Plaintiff took for his Pseudomonas infections EXHIBIT 201) and Defendant Santos prescribed him probiotics, (EXHIBIT 3p)

On June 1, 2019, and June 2, 2019, Plaintiff once again appealed his treatment from the physician to Defendant Lana Nalewajka (EXHIBIT 3a, 3b)

1

On 6-26-19 Plaintiff once again went to HCU complaining of Bi-lateral ear pain and chronic otitus media and the treating nurse deemed his issue as merely a small amount of ear wax, therefore Plaintiff grieved and Defendant Lana Nalewajka turned a blind eye (EXHIBIT 3i, 3j, 3k, 3p)

On July 8, 2019, a fill in Physician from pickneyville C.C. examined Plaintiff's ears and told him he had thrush in his ears (EXHIBIT 3p).

The documentation contained in this complaint shows a pattern of Defendant Santos and Defendant Nalewajka Deliberate Indifference to Plaintiff's serious medical needs.

Respectfully Submitted
MANITH VILAYHONG M17024
C.C.C.
P.O. BOX 711
Centralia IL 62801

I MANITH VILAYHONG, hereby declare that foregoing statements are true and correct under penalty of perjury pursuant to 28 U.S.C. §1746.
   M Vilayhong

2

## CERTIFICATE OF SERVICE

I MANITH VILAYHONG, hereby certify that on July 9, 2019
I caused a true and correct copy of Complaint, Exhibits
1a through 3p, to be mailed through institutional mail to
the proper address with postage prepayed to:

CLERK OF COURT
SOUTHERN DISTRICT OF ILLINOIS
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

RESPECTFULLY SUBMITTED
MANITH VILAYHONG
C.C.C.
P.O.BOX 711
Centralia IL, 62801

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional** Center

**Earache/Earwax Impaction**

Offender Information:

Vilayhong Manith ID#: M17024
Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/13/14 10:40 Am | S) - Duration  ear ache X 30 days | P) Refer to MD |
| | - Which ear (left or right) | - If redness with fever over 101°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to treatment protocol |
| | - Have you recently had a cold, cough, fever or sore throat          Yes     No | |
| | - If yes: pain level 1 – 10 (10 being the most severe)  comes et goes. | |
| | - Has there been any drainage      Yes     No | No MD Referral |
| | - Any hearing loss        Yes     No  at times | - Discomfort: Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) OR Ibuprofen 200 mg, 1-2 tablets t.i.d. with meal PRN X 3 days (18 tabs) |
| | - Have you put anything into YOUR ears  No      Yes  ① - tcps | - Earwax: Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days for ear flushing with warm water |
| | - Past history of earache, ear infection or ear surgery                    Yes     No | |
| | - Allergies to medication        Yes     No  - NKA - | **Patient Teaching** |
| | | - Do not put anything in ear      RH |
| | O) T 98.1 P 66 R 16 BP 118/70 WT 151 | - Medication use      RH |
| | - Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane  w/ light Clear+ | - Proper ear covering (hat in winter or windy weather)  - told -     RH |
| | - Appearance of external ear and oral cavity. Describe  ® Ear c minor redness @ base of Tympanic membrane ① Ear-dark brown cerumen. | **Follow-Up** |
| | - Perforation visualized      No | - Return to sick call if symptoms worsen or persist  - RH - |
| | - Test hearing (finger rub):  Left: Y/N  Right: Y/N  - Check neck for node pain or for enlargement      Yes     No | Nurse Signature |
| | A) Alteration in comfort  States had bug fly in Rt ear | Payment voucher     YES     NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Western Illinois Correctional__ Center

Offender Information:

Vilayhong          Manith          ID#: M17024
Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 90814 2:15p | Psy-Note Sic DUC0283 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Western Illinois Correctional__ Center

**Earache/Earwax Impaction**

| Offender Information: | | |
|---|---|---|
| _Vulayling_ (Last Name) | _Manth_ (First Name) | MI   ID#: _MI7024_ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/9/14 1:00 PM | S) - Duration _for the last 2 months._ | P) Refer to MD _DSC 9/11/14._ |
| | - Which ear (left or right) | - If redness with fever over 101°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring |
| | - Have you recently had a cold, cough, fever or sore throat          Yes    (No) | medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to treatment protocol |
| | - If yes: pain level 1 – 10 (10 being the most severe) _5/6 out of /10_ | |
| | - Has there been any drainage          Yes    (No) | **No MD Referral** |
| | - Any hearing loss          (Yes)    No _S/R. comes & goes._ | - Discomfort:  Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) OR Ibuprofen 200 mg 1-2 tablets t.i.d. with meal PRN X 3 days (18 tabs) |
| | - Have you put anything into YOUR ears    (Yes)  No _Q tips_ | - Earwax:  Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days for ear flushing with warm water |
| | - Past history of earache, ear infection or ear surgery          Yes    (No) | |
| | - Allergies to medication          Yes    (No) _nka ._ | **Patient Teaching** |
| | | - Do not put anything in ear |
| | O) _98⁴ P 68 R 20_ BP _122/74_ WT _150_ | - Medication use |
| | - Look into ear, nose & throat for swelling, drainage, redness; color of the tympanic membrane _R ear c minimal amount dark cerum. Tympanic membrane visized_ | - Proper ear covering (hat in winter or windy weather) |
| | - Appearance of external ear and oral cavity:  Describe _canal._ | **Follow-Up** |
| | - Perforation visualized          Yes    (No) | - Return to sick call if symptoms worsen or persist |
| | - Test hearing (finger rub)  Left: (Y)/N   Right: (Y)/N - Check neck for node pain or for enlargement          Yes    (No) | Nurse Signature _[signature]_ |
| | A)  Alteration in comfort | Payment voucher          YES    (NO) |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Vilayhong   First Name: Manith   MI: ____   ID#: M17024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-11-14 2:56 PM | **MD SICK CALL** O₂ sat 100% WT 155 BP 142 T 97.3 P 62 R 16  R ear pain | |
| | 28 yo Asian male seen 9/8/14 by nurse. Still for cerumen impaction x 2 months, c/o ear pain and decreased hearing right ear off and on. Referred as add on today. | Plan |
| arrived to WICC 7/2/14 | —seen 8/13/14 NSC for earache and cerumen impaction. ~~ytomal~~ issued. tetopex. ibuprofen. | 1. discussed etiology of decreased/increased pressure in middle ear due to temporarily blocked eustachian tube. |
| when hearing goes out it feels like when you are in an elevator | subj c/o right ear pain for a couple weeks. hearing is muffled once in awhile for 6-7 seconds every few days. pain is off/on. fine one day, hurts next day. irregular pattern. denies swallowing helps alittle. obj VSS AF. | 2. discussed valsalva maneuver to push air into middle ear |
| O signs infection in ear causing nasal allergy | otoscopy unremarkable. scant cerumen. canals not swollen, no redness, no purulence or discharge. TMs grey shiny c̄ no retraction or bulge. some red capillaries on TM. assess @ intermittent right ear pain and muffled hearing c/w blocked eustachian tube so that middle ear pressure does equalize, causing TM to either retract or bulge which in either case would cause ear pain and muffled hearing. | 3. discussed using swallowing or chewing to get eustachian tube to open and allow pressure equalization in the ears.  Thomas Baker, MD  9/11/14 |

Developed Offender's Medical Record   Printed on Recycled Paper   DOC 0084 (Eff. 9/2002) (Replaces DC 7.41)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional** Center

**Earache/Earwax Impaction**

Offender Information:
Last Name: Vilaythong   First Name: Manith   MI: ___   ID#: M17024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/28/14 1140 am | **S)** – Duration About 2 mo now *(handwritten)* saw the Dr sweets ago *(handwritten)* doing alright he said & it's getting worse | **P) Refer to MD** |
| | – Which ear (left or right) (R) ear | – If redness with fever over 101°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to treatment protocol |
| | – Have you recently had a cold, cough, fever or sore throat   Yes  (No) | |
| | – If yes: pain level 1 – 10 (10 being the most severe) 2 right & now *(handwritten)* it comes & goes | DSC 10/1/14 |
| | – Has there been any drainage *(Yes)* No | **No MD Referral** |
| | – Any hearing loss  (Yes)  No sm in (R) ear | – Discomfort: Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) OR Ibuprofen 200 mg, 1-2 tablets t.i.d. with meal PRN X 3 days (18 tabs) |
| | – Have you put anything into YOUR ears   Yes  (No) not for the last 2 mo | – Earwax: Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days for ear flushing with warm water |
| | – Past history of earache, ear infection or ear surgery ok same problem X2mo  (Yes)  No | |
| | – Allergies to medication   Yes  (No) | **Patient Teaching** |
| | (L) ear canal = noted dark wax. TM visualized pearl/grey *(handwritten)* (R) ear canal = noted redness (L) side (?) side = dark raised area | – Do not put anything in ear |
| | **O)** T 97 P 76 R 16 BP 135/83 WT 159 100% | – Medication use no tenderness = palpation = active drainage |
| | – Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane swelling M grey/shiny pearl. & drainage | – Proper ear covering (hat in winter or windy weather) |
| | – Appearance of external ear and oral cavity: Describe (L) ear | **Follow-Up** |
| | – Perforation visualized   Yes  (No) | – Return to sick call if symptoms worsen or persist |
| | – Test hearing (finger rub)  Left: (Y)/N  Right: (Y)/N – Check neck for node pain or for enlargement   Yes  (No) | **Nurse Signature** *(signature)* |
| | **A) Alteration in comfort** | Payment voucher  (YES)  NO |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: Vilayhong   First Name: Manith   MI: ___   ID#: M17024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-29-14 11:50 a | Regina Matte SW NUCO282 | _[signature]_ |
| 10-1-14 9:56 AM | **MD SICK CALL** WT 152 BP 141/97 P 84 R 16  Rt ear pain / ↓ hearing loss | |
| | 28 yo Asian male seen Sunday 9/28/14 by nurse still with complaint of 2 months of (unspecified) right ear problem. 2/10 pain. VSS AF. left ear cerumen, right ear canal "dark raised area on otoscopy. Rt ear tender, no swelling. ø drainage. Referred. | objective continued tenderness either ear otoscopy right ear normal. red or swollen canal. no discharge. TM grey, neither retracted nor bulging otoscopy left canal c scant cerumen. |
| | – seen 9/11/14 in MD sick call with 2 mnth intermittent right ear pain/muffled hearing, c/w intermittently blocked eustachian tube. Nasal ear exam 9/11/14 c no signs infection. | **assessment** 1. right ear pain c muffled hearing c/w intermittently blocked eustachian tube with resulting bulged/retracted TM |
| s/w | it is the same thing with the right ear pressure as before, but feels worse over the past week. Does the valsalva maneuver and it helps a very very little bit. Sucking on hard candy helps, but only when he does – is doing it. | that causes pain/muffled hearing – still no signs infection Plan |
| c/o acne on neck. "it don't ever get any worse than this" same right ear pain. ø | – no nasal allergies, "just occasional stuffy nose" ref → once in blue moon – pain in ear about 3-4/10 at times. – was really bad this past Friday – | 1. discussed swallowing/valsalva maneuver again and when to do the valsalve maneuver. 2. afrin nasal spray 1-2 spray each nare QHS prn × 30 days 3. Tylenol 325 mg 2 Tab PO tid prn pain × 30 days. |
| obj: | – several pimples on neck/beard area. no LN Asian male. no acute distress normal voice/speech. | 4. follow up Right ear pain thirty days. |

Thomas Baker, MD

_10:35 A 10/1/14_

_no order_
_Baker_

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: *Vilayhong*    First Name: *Maneth*    MI: ____    ID#: *M17024*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-3-14 1:07 PM | MD SICK CALL WT160 BP133 T97 P61 R14  F/U Right Ear | |
| | 28 yo Asian male 9/11/14 and 10/1/14 for right ear pain and muffled hearing intermittantly and consistent c̄ blocked eustachian tube. Minimal help c̄ valsalva maneuver. helps to suck on hard candy but only when actually doing so. otoscopy consistently normal AU. On 10/1/14 patient re-educated when to do valsalva maneuver, Rx tylenol and Rx afrin nasal spray. | Plan |
| | | 1. no need for further follow up of left ear |
| subj | ever since it got cold, the ear stopped hurting. scraped earwax out of the ear the other day and it hurt. The ear is worse in hot weather. — seemed to have cleared up at least 3 weeks ago. | 2. let tylenol and afrin Rxs expire. |
| obj | WD WN Asian male. awake alert ambulatory normal voice + speech no acute distress | |
| assess | ear pain resolved. | |

Thomas Baker, MD

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*2a*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**CENTRALIA Correctional** Center

**Dizziness / Vertigo**

Offender Information:

Vilahong                    Manith                        ID#: M17024
Last Name                   First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/17/19 | RN NOTE       LPN/CMT NOTE | P)        Referral to MD: |
| 1840 | S) - Onset?  August 2014 | - Any recent head trauma or LOC or alteration in consciousness |
|  | - Other symptoms?  Dizziness, Nausea | - Any history of blood loss |
|  | - History of head injury   (Yes)  No   Hx Kickboxing | - Difficulty walking |
|  | - History of loss of consciousness   (Yes)  No | - Abnormal VS, pupillary reflexes or hand grasps |
|  | - Any similar episodes in the past   (Yes)  No | - Possible ear infection |
|  | - If so, did you seek treatment   (Yes)  No | - Reported or objective finding of lateralizing weakness or numbness in any extremity |
|  | - Was it effective           Yes  (No) | - Any dizziness with chest pain or altered mental status |
|  | - Is dizziness related to change of position   Yes  (No) |  |
|  | - Experience problems walking   (Yes)  No |  |
|  | - Any other Medical conditions?  None |  |
|  |  | Patient Teaching: |
|  | - Medications currently taking?  None | - Limit activity if dizzy to prevent fall or injury |
|  |  | - Avoid standing quickly from a supine position |
|  | - Any recent medications? | - Eat properly with adequate fluid intake |
|  | - Any allergies?  NKDA | OVER |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

CENTRALIA Correctional Center

**Dizziness / Vertigo (Cont.)**

Offender Information:

Vilayhong Manith
Last Name          First Name          MI          ID#: M17024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/17/19 1840 | O) T 98  P 66  R 18  BP 162/90  WT 165 | - Get adequate rest |
|  | - Lying  BP  P | - Return to NSC if symptoms worsen or persist. |
|  | - Standing  BP  P | Placed on MD book for |
|  | - Pupillary reaction   WNL | evaluation of vertigo, ↑ B/p |
|  | - Hand grips equal and strong bilateral  (Yes)  No |  |
|  | - Able to walk straight line with eyes closed  Yes  No   Situational | |
|  | - Ear canals reddened  Yes  (No) |  |
|  | - S&S of ear infection  Yes  (No) |  |
|  | - Accucheck   N/A |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Nurse Signature |
|  | A)  Dizziness | Payment voucher  (YES)  NO |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Hearing Screening and Treatment Protocol**

Facility: _Centralia_          Date: _1-17-19_

**Offender Information:**

_Vilayhong_          _Manith_          _M17024_
Last Name              First Name          MI          ID#

☒ RN Note          ☐ LPN/CMT Note

**Subjective:**

When did you start having difficulty hearing? _2014_

Onset: ○ Sudden   ☒ Gradual          Is hearing loss in both ears or one side? ☒ Bilateral ○ Left ear ○ Right ear

Any previous hearing loss? ☒ Yes ○ No

If yes, When? What was the cause? What improved your hearing? _Kick boxing   > 10 years ago_

Any recent trauma to the ear(s)? _NO_

Any recent ear infection? Recent Illness? _NO_

Any dizziness? ☒ Yes ○ No          Any ringing in ears? ☒ Yes ○ No

Do you have any pain? Describe the pain: _Pressure_

Rate pain on a 1-10 scale: ○ 1 ○ 2 ○ 3 ○ 4 ○ 5 ☒ 6 ○ 7 ○ 8 ○ 9 ○ 10     ○ Bilateral ○ Left Ear ○ Right Ear

Current medication(s)/allergies: _none,_

Do you use any devices to improve your hearing? _none_

**Objective:**

T: _98_   P: _66_   R: _18_   BP: _162/90_   WT: _165_   Pulse Oximeter Reading: _100_

Is there a hearing device present? ○ Yes ☒ No

Are there any deformities of the ear(s)? _NO_

Is there any redness or swelling to the ear(s)? _NO_

Is there any drainage present? If so, describe: _NO_

Using the otoscope, is the tympanic membrane visible? If yes, describe: _Yes, opaqe, and healthy_

If no, why not? Is there blockage present? _____

Describe any blockage present: _none_          ☐ Left Ear   ☐ Right Ear

If no impaction, conduct hearing screening with Audiometer. Fill out Hearing Screening Log and below:

| Left Ear: | | | Right Ear: | | |
|---|---|---|---|---|---|
| 500 HZ 40 db | ☒ Yes | ○ No | 500 HZ 40 db | ☒ Yes | ○ No |
| 1000 HZ 40 db | ☒ Yes | ○ No | 1000 HZ 40 db | ○ Yes | ○ No |
| 2000 HZ 40 db | ☒ Yes | ○ No | 2000 HZ 40 db | ☒ Yes | ○ No |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Hearing Screening and Treatment Protocol

**Assessment:**

Potential Sensory Impairment:  *need for MD followup. Chronic vertigo and ear ringing.*

**Plans:**

If cerumen impaction is present, follow Earache/Earwax Impaction Treatment Protocol and reschedule hearing screening after removal of impaction.

**Refer to MD/NP/PA if:**

- Hearing screening is positive (the patient is unable to hear 500, 1000, and 2000 HZ tones in one or both ears), so provider can place a formal audiogram referral.
- Any signs of acute infection or foreign body
- Temperature >100F, HR>100, BP>140/90
- Severe or localized pain
- Blood or drainage in ear canal
- Any sudden onset of acute hearing loss

**Patient Teaching:**

- Do not put anything in the ears
- Follow up with provider as scheduled
- Return to sick call if symptoms worsen or persist

Patient verbalizes understanding of education and instructions given.

Nurse Signature: _Jason Broder RN_ _____

Payment Voucher: _____  ☐ N/A



ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

DOC 0046

| Date 1-24-19 | Committed Person (Please Print) Manith Vilayhong | ID# M17024 |
|---|---|---|
| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia C.C. | |

**NATURE OF GRIEVANCE:**

E-19-1-125

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [X] Disability
- [ ] Other (specify) ADA HEARING IMPAIRED

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I have a rare ear condition which causes hearing loss and pain in my right ear, this is documented in my medical file from 8-13-14 to 11-3-14 and 1-17-19. On 11-3-14 Dr. Baker informed me that I would have to live with the condition, and there was nothing else to be done except possible tube implants in my ear which would be painful. I have constant ringing in my ears. When pressure builds up my ear aches and itches and sometimes I get so dizzy and nauseous I can't move and feel like passing out. I can't hear well during these episodes and

Relief Requested: 1) ADA Hearing Impaired accommodations, 2) send me to an audiologist, 3) I want to see a specialist

- [X] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| M Vilayhong | M17024 | 1, 24, 19 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED

| Print Counselor's Name | | Counselor's Signature | Date of Response _____ / _____ / _____ |
|---|---|---|---|

---

### EMERGENCY REVIEW

JAN 25 2019

Date Received: CENTRALIA ___ CENTER
WARDEN'S OFFICE

Is this determined to be of an emergency nature?
- [X] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | 1, 25, 19 |
|---|---|
| | Date |

Distribution: Master File; Committed Person

Page 1

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper



I'm unable to use my right ear bud for listening to my T.V. or radio due to the pain. During episodes I've also missed call passes and church and chow, because I could not hear the officers calling it over the intercom. I've informed many officers that I have difficulty hearing and it's well known.

MY HEARING LOSS AND PAIN HAS CAUSED ME TO HAVE ALTERCATIONS WITH STAFF AND ON 1-23-19 I HAD AN INCIDENT WITH THE 3RD SHIFT N3 OFFICER ASSIGNED TO THE BUBBLE. I did not hear the chow warning for break fast and came out late for chow. The officer aggressively approached the window with his arms wide open and started yelling at me. I could not hear what he was saying and I pointed to my right ear and said I can't hear. I went to the chuck hole and he demanded my I.D. and said he was going to write me a ticket. I told him I could not hear the chow warning. I went to break fast and informed 2 Lt's of the situation. They asked if I had hearing impaired on my door and I said no. 1 Lt. called the N3 bubble officer and spoke with him.

On 1-17-19 I went to the HCU for a hearing test. I could hear faintly in my right ear but better in the left. I explained to the nurse my ear history and told him when the pressure builds up my hearing is worse. He put me in to see the Dr. and I was charged $5 co-pay. I have not seen the Dr. yet.

Recently I discovered that my past history of dizzy spells and nausea is a direct result of my ear condition. Around March of 2018 here at C.C.C. I complained of extreme dizziness and nausea to the point where I thought I was dying. I saw the Dc. and he prescribed me MECLIZINE which is generic for ANTIVERT. He said I had VERTIGO. I Did not know at the time Vertigo results from my ear condition because if I had known I would have brought it up. Also, since arrival at C.C.C. 2016 I've complained to mental health and the Psych Dr. about my panic attacks and dizziness and nausea which I now know is because of my ear condition. sometimes I wake up and I feel like there is liquid in my ear.

My ear condition is causing me irreparable hearing loss. I need Hard hearing accomodations. I'm experiencing a loss in the quality of my life due to the pain and difficulty

3

ILLINOIS DEPARTMENT OF CORRECTIONS                                    DOC 0046
**COMMITTED PERSON'S GRIEVANCE**

| Date 1-24-19 | Committed Person (Please Print) Manith Vilayhong | ID# M17024 |
|---|---|---|
| Present Facility: C.C.C. | Facility where grievance issue occurred: C.C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [X] Disability
- [ ] Other (specify) ADA HEARING IMPAIRED

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Of communicating with my family, staff, and other inmates, It's hard for me to hear and understand people. If I'm on the phone and the dayroom is to loud I tell my family I can't hear and hang up. The medical records on file indicate I do have an ear condition which causes me pain and hearing loss. GRIEVANCE #14-0973 also documents this.

C.C. FILED

Relief Requested: 1) ADA Hearing impaired accomodations, 2) send me to an audiologist for further testing, 3) I want to see a specialist.

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| M Vilayhong | M17024 | 1, 24, 19 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ____ / ____ / ____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____
_____
_____
_____
_____

| Print Counselor's Name | Counselor's Signature | ____ / ____ / ____ Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ____ / ____ / ____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | ____ / ____ / ____ Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

N 3B4

| Grievance Officer's Report |
|---|

Date Received: <u>1/25/2019</u>          Date of Review: <u>1/30/2019</u>          Grievance # (optional): E-<u>19-1-125</u>

Offender: <u>Vilayhong</u>                                                    ID#: <u>M17024</u>

Nature of Grievance:  medical treatment

**Facts Reviewed:**  Offender states he has pain in his right ear.  Offender states this was first documented in 2014 and he was informed at that time that there was no treatment available.

Offender requests to be seen by a specialist and receive ADA accommodations for hearing impaired.

Per HCU, offenders grievance and medical record have been reviewed.  Offender did receive a hearing screening on 1/17/19 and was to be referred to the physician, he is scheduled to see the physician tomorrow for evaluation of his tinnitus and his vertigo symptoms he describes.  He was charged a co-pay for the hearing screening, and he should not have been.  This will be credited.  ADA accommodations for the offender will not be directed until it has been determined that he is in need of such services.

**Recommendation:** It is this writer's findings that the offenders medical concerns are being addressed by the facility's health care staff: therefore, I recommend grievance be denied. Only qualified Medical staff can determine medical care.

<u>Susan Walker CCII</u>
          **Print Grievance Officer's Name**                                          Grievance Officer's Signature
          **(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _____JAN 30 2019_____          ☒ I concur      ☐ I do not concur      ☐ Remand

**Comments:**  CENTRALIA CORRECTIONAL CENTER
                    WARDEN'S OFFICE

                                                                                                    1/31/19
          Chief Administrative Officer's Signature                                                    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Manith Vilayhong_                              <u>M17024</u>   <u>2-6-19</u>
          Offender's Signature                                        ID#              Date



Manith Vilayhong M17024.
C.C.C.
P.O. BOX 711
Centralia IL, 62801

February 6, 2019

ARB
P.O. BOX 19277
Springfield, IL 62794

RE: OFFENDER APPEAL FOR GRIEVANCE # E-19-1-125

I have been diagnosed as having a rare ear condition. This diagnosis was determined by a Medical Doctor by the name Of Mr. Baker. My ear condition causes hearing loss, Vertigo, pain, inability to use my right ear bud for watching T.V. and listening to my radio. The Grievance Officer has disregarded my diagnosis in her response and simply states I'm having ear pain, She also incorrectly states I was informed... no treatment available and she ommitted the latter half of the sentence which clearly

1

states "except possible tube implants" The review of my Grievance by this Grievance Officer is inadequate as it can be easily seen she ommitted crucial facts which have distorted the detailed complaint of hearing loss and pressure building up in my ear right due to my ear disease resulting in inability to use ear buds.

The HCU has reviewed my Grievance and medical record and I believe the HCUA who is also the ADA coordinator is the person who provided this response and goes by the name of Lana Nalewajka. She has also disregarded the same information provided to the Grievance Officer.

I saw Dr. Santos on 1-31-19 and explained the entire issue contained in my grievance. He examined my ears and provided me with ear drops. On 2-5-19 I had an ear flush performed by a nurse and on 2-6-19 I saw Dr. Santos again who inspected my ears and said that's it and we're done.

No where in the response to my Grievance does any one dispute or contest that I have a rare ear condition, they just choose to turn a blind eye.

I have suffered for years from this ear condition. The Administration and HCU are well aware of my complaints and documented ear disease. I have filed my grievance and notified all proper personel of my continuing issue and have been denied my relief requested. I continue to live in pain with hearing loss, vertigo, and the inability to use my ear buds. I constantly feel pressure inside my right ear. As I write this I feel the pressure and I hope and pray to find relief somewhere, some how.

I Manith Vilayhong M17024 declare under penalty of perjury that the following is true and correct pursuant to 28 U.S.C. § 1746.

MANITH VILAYHONG M17024

Manith Vilayhong

3

J.B. Pritzker
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court. P.O. Box 19277 • Springfield. IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Vilayhong, Manith                                    2/13/19
                                                                        Date

ID# :   M17024

Facility:   Centralia

This is in response to your grievance received on __2/11/19__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __1/24/19__   Grievance Number: __E-19-1-125__   Griev Loc: __Centralia__

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other __Medical- wants treatment for hearing impairment 1/24/19__

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ☑ Other: __Offender had audio-scope on 1/17/19 and was seen by the physician on 2/6 and 2/11. Orders written on 2/11. Grievance is moot.__

FOR THE BOARD: _Amy Burle_
                              Amy Burle
                    Administrative Review Board

CONCURRED: _John R. Baldwin_
                              John R. Baldwin
                              Acting Director

CC:  Warden, __Centralia__ Correctional Center
      __Vilayhong, Manith__, ID# __M17024__

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

IL 426-0362  DC 7177

## STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS
### RESIDENT REQUEST

1-28-19

| Assignment | | | | Shift | Days Off | Date |
|---|---|---|---|---|---|---|
| Resident **Manith Vilaybong** | | Resident Number **M17024** | | Cell House **N3** | Gallery | Cell **B4** |

I Request an Interview with **Lana Nalewajka HCUA, ADA Coordinator** to Discuss the Following:

I would like to have an interview with you please. Thank you for your time and consideration.

**\*ISSUES WITH MY EAR** -CONSTANT RINGING. - HEARING LOSS- PAIN

Reason for Interview must be complete and concise

Resident Signature

*M Vilaybong*

---

Ear flush done. If still having symptoms of vertigo and dizziness return to nurse sick call Physician evaluation.

— L. Nalewajka
   RN HCUA
   2-6-19

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Centralia Correctional _____ Center

Offender Information:

Vilayhong          Manith          ID#: M17024
Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-31-19 | MD LINE NOTE   Vertigo et | |
| | T   98  tinnitis | |
| | P   67 | |
| | R   10 | |
| | B/P   170/82 | |
| | WT  #165 | |
| | MD note | |
| | S    c/o dizziness | |
| | tinnitis since 2016 | |
| 10:  visit /Asx | Allergic pruris in | P - Debrox protocol, |
| | ® ear | ® |
| | O -  Bilaterally hearing, | F/U after ear |
| | ® ear | flush |
| | keeps ® ear | |
| | A ~  Impacted | Lisa Renfro |
| | cerumen , ® | [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Centralia Correctional_____ Center

| Offender Information: |
|---|
| *Villayheng*  *Manith*  ___ ID# M17024 |
| Last Name  First Name  MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/5/19 | R) note | P) Flu per schedule |
| | S) ∅ | |
| | O) ℗ ear flushed ∅ | |
| | wax removed inspection | |
| | of ℗ ear canal shows | |
| | ∅ wax deposits present | |
| | A) ear flush | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____ Centralia Correctional _____ Center

Offender Information:

Vilayhong          Manith          ID#: M77024
Last Name          First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/6/19 | MD LINE NOTE   Flu after | |
| | T 98.2   ℗ ear | |
| | P 64 | |
| | R 16   flush. | |
| | B/P 133/72 | |
| | WT 170 | |
| | MD Note | |
| | S No complaint | P- Cerumen done |
| | O ℗ ear clear | |
| | no wax | unremarkable |
| | A to previous | |
| | cerumen, ℗, | |
| | resolved | |
| | | [signature] 2/6/19 8:30a |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Centralia . Correctional Center

**Earache/Earwax Impaction**

**Offender Information:**

| Vilahong | Manck | | ID#: M17024 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/6/19 | **RN NOTE    LPN/CMT NOTE** | **P) Refer to MD if:** Chronic unresolved |
| 530p | S) – Duration  Since 2014 | Ear pressure - tinnitus |
| | - Which ear (left or right)?  Ringing in (Ear pressure). Both | - If redness with fever over 101º, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring |
| | - Have you recently had a cold, cough, fever or sore throat          Yes    (No) | medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to treatment protocol |
| | - If yes, pain level 1–10?    + E pressure  10 at tines  2-3 at times | |
| | - Has there been any drainage    (Yes)  No | **No MD Referral:**   until seen by MD |
| | - Any hearing loss    (Yes)  No    When pressure builds up | - Discomfort: Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) OR Ibuprofen 200 mg, 1-2 tablets t.i.d. with meal PRN X 3 days (18 tabs) |
| | - Have you put anything into your ears    Yes    (No) | - Earwax: Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days for ear flushing with warm water |
| | - Past history of earache, ear infection or ear surgery    (Yes)  No | Daily B/p ✓ x1 week per protocol |
| | - Allergies to medication    Yes    (No) | **Patient Teaching:** |
| | ReV 168/96 | (1) Do not put anything in ear |
| | O)  T 98  P 78  R 16  BP 155/89  WT 171 | (-) Medication use |
| | - Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane   Throat Slgntly red | (-) Proper ear covering (hat in winter or windy weather) |
| | - Appearance of external ear and oral cavity: Describe  Normal appearance & clean | **Follow-Up:** |
| | - Perforation visualized    Yes    (No) | (3) Return to sick call if symptoms worsen or persist |
| | - Test hearing (finger rub)   Left: (Y)/N   Right: (Y)/N  - Check neck for node pain or for enlargement    Yes    (No) | **Nurse Signature**  L. Schur |
| | A)  Alteration in Comfort | Payment voucher    NA |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Centralia Correctional Center

Offender Information:

Last Name: Vilayhong   First Name: Manith   MI: _____   ID#: M17024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-11-19 | **MD LINE NOTE** T 98 ⌐  eval pressure | |
| | P 64  ® ear. tinnitis | |
| | R 18 | |
| 145 / 58 | B/P 160/62  bilat ears. | |
| | WT 171  chronic | |
| | unresolved | |
| | MD nly | |
| | c̄ R, ® ear | |
| 12 ᵗ Aug | c/o ~~~~~ | |
| | ℗ nay, ℗ ear | ⬆ check BP |
| | ® ear . T♥ | daily x 5 dy |
| | inteal ~~~ | Relays ps to ~~ |
| | daly — ~ addl | ® ear |
| | A Pt Hypertensd | F/U — 1 week |
| | typertol cum ® | |
| | E. tube congest ➔ | ~~~~~ |

2 k 1

## AFFIDAVIT

I, MANITH VILAYHONG, on the date of 2-11-19, had a physician's appointment with Dr. Santos. I was having an episode of right ear pressure building up and was experiencing pain, vertigo, distorted hearing, and my blood pressure was high. I explained all of my symptoms to the Dr. and he examined my ear and informed me that my ear drum was bulging and that I had an inner ear disorder causing my Eustachian tube to close.

I, MANITH VILAYHONG, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing statements are true and correct.

Respectfully submitted
MANITH VILAYHONG M17024
Centralia Correctional Center
P.O. BOX 711
Centralia IL, 62801

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Centralia Correctional Center

Offender Information:

Vilagheng                Manith               ID#: M17024
Last Name                First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/17/19 | RN Note   Tx Line | P: Rech to HCU PRN |
| 6:10p | S: "Just the Left Ear" | |
| | O: Ear flush  Left ear, | |
| | returned scant amount wax | |
| | L ear, tolerated well | |
| | A. Ear Flush | L Shu   R |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ℒℳ

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Centralia Correctional _____ Center

**Offender Information:**

Last Name: Vilayhong   First Name: Manith   MI: ___   ID#: MI7024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-18-19 | **MD LINE NOTE** Flu B/P J's et ear flush | |
| | T ⊥80 | |
| | P 74 | |
| | R 16 | |
| | B/P 151/81 | |
| | WT 121  MD Noted | |
| | S Dr d off flu, | P Recheck |
| | BP sain | valool noir |
| 9 | O Ebr derma intact, | deleverem |
| | as well, a | |
| | uelding, Cerals | |
| | chan | |
| | A E take apr 2 10's | [signature] |
| | | [signature] |

2n

TO: Manith Vilayhong M17024 (N3 B4)
Centralia C.C.
P.O. BOX 7711
Centralia IL, 62801

February 19, 2019

Lana Nalewajka HCUA ADA COORDINATOR
Centralia C.C.
P.O. BOX 7711
Centralia IL, 62801

RE: Medical treatment and request to see
an outside specialist and receive ADA
accomodations for hearing impaired due
to a chronic inner ear disorder.

I filed an Emergency Grievance on 1-24-19
pertaining to my inner ear disorder and you
responded indicating you had reviewed my
grievance and medical records. I would like
to inform you of the treatment I received

1                                    →

from the physician which has concluded
as of today. You could also refer to my
medical records.

On 2-5-19 I received a right ear flush.

On 2-17-19 I received a left ear flush.

On 2-11-19 Dr. Santos examined my left
and right ear. He informed me that my
right ear drum was bulging out and that
I had an inner ear disorder causing my
eustachian tube to close.

On 2-18-19 I saw Dr. Santos again
and asked him if he remembered telling
me my ear drum was bulging and he
said yes and once again reiterated
his prognosis that I have an inner
ear disorder and to hold my nose and
blow into my mouth to clear my
eustachian tube. That was my final
treatment.

At this point it seems to me that the
physician is giving me the run-around.
From day one when I saw Dr. Santos
on 1-31-19 I directed him to review my
medical record for the date of 9-11-14,
which was Dr. Baker's prognosis of my

2

blocked eustachian tube and the valsalva maneuver was the treatment. Dr. Santos reviewed the record with me and ultimately spun me with 2 ear flushes just to say the same thing Dr. Baker did.

Dr. Baker and I discussed etiology of decreased/increased pressure in middle ear due to temporarily blocked eustachian tube. According to Webster's New Universal Unabridged Dictionary: ETIOLOGY means, a. the study of the causes of diseases. b. the cause or origin of a disease. Therefore it is undeniable that I have been diagnosed as having a chronic inner ear disorder and four and a half years later on 1-18-19 Dr. Santos has personally witnessed my right ear drum bulging out a week prior; heard my many complaints of pain, muffled hearing during episodes, vertigo, and his final treatment is the valsalva maneuver.

Valsalva maneuver means: a forced ~~expiratory~~ expiratory effort against a closed glottis that decreases intrathoracic pressure, hampering venous return to the

3

heart and that can be used to inflate the Eustachian tubes and adjust pressure in the middle ear.

I am not a Dr. but I looked up
Venous: pertaining to the blood in the pulmonary artery, right side of the heart.

I do not know if hampering the venous return to my heart over and over again for the rest of my life is safe. I don't know the side effects

The physician Dr. Santos makes no attempt to find the cause of my disease or to stop the episodes, or to come out and name the specific disease I have. What is it called? The physician knows when I have episodes my hearing is muffled and what is being done about that? He knows my episodes cause vertigo and what's being done about that? What if I fall off my top bunk and hurt myself?

In conclusion I need to go to an outside hospital so I can have my inner ear disorder checked out properly. I also need ADA hard hearing accomodations for when I have episodes. How can I put an ear bud into a swollen ear drum?

4

I have submitted you this letter in a final appeal for your help and am asking you to intervene. If you agree that the valsalva maneuver is the proper safe final remedy and treatment for my chronic inner ear disorder and you agree that I need not go to an outside hospital for further treatment and also need no ADA hearing accomodations, then take no action at all. If you would like to help I would greatly appreciate that.

I, MANITH VILAYHONG, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Respectfully Submitted,
MANITH VILAYHONG
Manith Vilayhong
2-19-19

C.C. FILED

5

I have reviewed your letter
and again reviewed your
medical record. I have placed
you on the physicians line for
another follow-up with the use
of alternative measures recommended
to relieve your concerns with "pressure"
in your ears. This typically is a
temporary medical issue but will
continue to monitor your condition
Will You have no documented
hearing loss at this time
Will again continue to monitor
progress of condition and will
continue to discuss your progress
plan of care if symptoms persist
in regards to appropriate
accommodations.

— L. Pelicoofa RN, HCU
2-27-19

FEB 19 2019

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Centralia Correctional Center

| Offender Information |
|---|
| Vilayhong    Manith    ID# M17024 |
| Last Name    First Name    MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/4/19 | **MD LINE NOTE** Flu from T 98³ P 100 ears R 16 B/P 125/77 WT 170  MD Rx | |
| 11:__ | S _____ pm  O _____  A _____  india, ⊕ | P Augen L ___  B/O × 10 days  _____ 3/4/19 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*BEGIN USING FROM BOTTOM UP

NKDA                                             201                                    5/8/86

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Vilayhong, Manith_     Reg. # _M17024_     Date: _4/4/19_

Problem _____

ORDER: (Physician's Signature After Last Order) _____ _Otic_ X 1 mo_

_Lixage_  _ID_ →

_Cipro Otic_  _1 h  1. 2 gh BID_ to ® _ear_

_400 ___ _TID PC PRN # 2  X 1 mo_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____                                    M.D.
☐ May Not Substitute _____                        M.D. _4/4/19_
DCA 7000                    Noted by: _____         Date: _____
IL 426-1417

---

NKDA                                             5-8-86

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Vilayhong, Manith_     Reg. # _M17024_     Date: _3/29/19_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Corticosporin  Otic  1 h  5-7 gh BID_

_to ® ear X 1 week_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____                                    M.D.
☐ May Not Substitute _____                        M.D. _3/29/19_
DCA 7000                    Noted by: _(Nicletta)_         Date: _3/29/19_
IL 426-1417

---

NKDA                                             5-8-86

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Vilayhong  Manith_     Reg. # _M17024_     Date: _3/14/19_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Augmentin  875 mg  BID X 10 days_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____                                    M.D.
☐ May Not Substitute _____                        M.D. _3/14/19_
DCA 7000                    Noted by: _____         Date: _____
IL 426-1417

2p

Manith Vilayhong M17024 N3 B4
Centralia C.C.
P.O. BOX 7711
Centralia IL, 62801

March 15, 2019

Lana Nalewajka HCUA ADA COORDINATOR

RE: Supplement to February 19, 2019 letter I sent to you
     which you responded to 2-27-19,

Thank you for placing me on the physicians line for
a follow-up due to my chronic inner ear disorder. I saw
Dr. Santos yesterday and upon examination I informed
him of increased pain in my right ear. He determined I had
swelling on my neck under my ear lobe and I am now on
antibiotics for an ear infection. He was pressing on my
neck and it hurt. I've been through alot throughout the
years suffering from this condition. I hope you and the Dr.
will do the right thing and send me out to an outside
hospital or specialist to find out what's wrong with me. I've
complained alot and obviously I'm not lying
    I, MANITH VILAYHONG, hereby declare under penalty of perjury

OVER →

pursuant to 28 U.S.C. §1746 that the foregoing statements are true and correct.

Respectfully Submitted
MANITH VILAYHONG
Manith Vilayhong
March 15, 2019

C.C. FILED

I have reviewed your concern and your medical record and have also spoken to Dr Santos. He did prescribe you antibiotics as well as B/P check) with plans to follow-up. At this time Dr Santos does not feel it is medically necessary to send you to a specialist as he is providing continued evaluation and treatment.

L Malewska
RN, HCUA
3-18-19

DP1

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

<u>Centralia   Correctional</u>   Center

**Earache/Earwax Impaction**

Offender Information:

_V. layheng_ _Manith_ _____ ID#: _M17024_
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **RN NOTE**    LPN/CMT NOTE | P) **Refer to MD if:** |
| 3/27/19 | S) - Duration  _2014_ | |
| 8 45 A | - Which ear (left or right)?  _Right_ | - If redness with fever over 101°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to treatment protocol |
| | - Have you recently had a cold, cough, fever or sore throat  _3/14 otitis media_  (Yes)  No | |
| | - If yes, pain level 1–10?  _5 - 10/10_ | |
| | - Has there been any drainage  (Yes)  No  _ear wax_ | No MD Referral: |
| | - Any hearing loss  (R)  (Yes)  No | - Discomfort: Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) OR Ibuprofen 200 mg, 1-2 tablets t.i.d. with meal PRN X 3 days (18 tabs) |
| | - Have you put anything into your ears  Yes  (No) | - Earwax: Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days for ear flushing with warm water |
| | - Past history of earache, ear infection or ear surgery  (Yes)  No | |
| | - Allergies to medication  Yes  (No) | Patient Teaching: |
| | | - Do not put anything in ear |
| | O)  _98°_  R _78_  R _16_  BP _157/75_  WT _16ª_ | - Medication use |
| | - Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane  _Color & tympanic membrane_ | - Proper ear covering (hat in winter or windy weather) |
| | - Appearance of external ear and oral cavity:  Describe  _normal_ | Follow-Up: |
| | - Perforation visualized  Yes  (No) | - Return to sick call if symptoms worsen or persist |
| | - Test hearing (finger rub)  Left: (Y)/N  Right: (Y)/N  - Check neck for node pain or for enlargement  Yes  (No) | Nurse Signature |
| | A)  **Alteration in Comfort** | Payment voucher  **NA** |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Centralia . Correctional _____ Center

Offender Information:

Vilayhong    Manith    ___  ID#: M1702'
Last Name       First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/29/19 | **MD LINE NOTE** | Eval: Ear pain - unresolved |
| | T  98 5 | |
| | P  5 6 | |
| | R  16 | |
| | B/P  125 63 | |
| | WT  169 | |
| | MD Note | |
| | S still cb pn, ⓡ | |
| | ear. | P  Q t ↓ Test |
| | O atial disch | Con t con pn |
| | from ear canal | Otic g ttm |
| 10² | TM intact | 1-2 gtt ⊘ 7D |
| | A Actn ⊗ th hi | F/U - 6 dys |
| | infect | |
| | | hn Banks |
| | | [signature] |
| | | 3/29/19 |
| | | 1030 A |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Centralia   Correctional   Center

**Earache/Earwax Impaction**

| Offender Information: | | | |
|---|---|---|---|
| Last Name: *Vilaylhong* | First Name: *Manith* | MI | ID#: *M17024* |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-1-19 4:40pm | **RN NOTE**   LPN/CMT NOTE *Ear pressure* **S) - Duration** *2n4* | **R) Refer to MD if:** |
| | - Which ear (left or right)? *R ear* | - If redness with fever over 101°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to treatment protocol |
| | - Have you recently had a cold, cough, fever or sore throat      Yes   (No) | |
| | - If yes, pain level 1–10? *5-6* | *ear drops are not into due to Tmr.* |
| | - Has there been any drainage   (Yes)   No | **No MD Referral:** |
| | - Any hearing loss   (Yes)   No | ✓ - Discomfort: Acetaminophen 325 mg, 1–2 tablets t.i.d. PRN X 3 days (18 tablets) OR Ibuprofen 200 mg, 1-2 tablets t.i.d. with meal PRN X 3 days (18 tabs)   *given* |
| | - Have you put anything into your ears   Yes   (No) | - Earwax: Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days for ear flushing with warm water |
| | - Past history of earache, ear infection or ear surgery   (Yes)   No | *gave Tmr ear drops previously ordered* |
| | - Allergies to medication   Yes   (No) | **Patient Teaching:** |
| | | ✓ - Do not put anything in ear |
| | **O)** *97.4* P *68* R *16* BP *133/63* WT | - Medication use |
| | - Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane | ✓ - Proper ear covering (hat in winter or windy weather) |
| | - Appearance of external ear and oral cavity:  Describe | **Follow-Up:** |
| | - Perforation visualized   (Yes)   No | ✓ - Return to sick call if symptoms worsen or persist |
| | - Test hearing (finger rub)   Left: Y/N   Right: Y/N - Check neck for node pain or for enlargement   Yes   No | **Nurse Signature** *Namdiku* |
| | **A)** Alteration in Comfort | Payment voucher      NA |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Centralia Correctional Center

Offender Information:

Last Name: Vilayhong   First Name: Manith   MI: ___   ID#: M17024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/4/19 | MD LINE NOTE<br>T _____ 78<br>P _____ 69<br>R _____ 16<br>B/P _ 130/59<br>WT _ 169<br>MD Note<br>: still di p___,<br>(R) ex<br>O &u. TM .5<br>clerten di ch<br>C+ Stud<br>Prdoron<br>A dhein O hin<br>median B | F/U (Rt)<br>ear pain<br>___<br>T apro 02<br>1 2% i-2<br>B/D<br>Longin 500<br>T the day<br>FN- 1 mont |

Centralia Correctional Center
9330 Shattuc Road
P.O. Box 1266
Centralia, IL  62801



**University of Illinois Medical Center**
**Reference Laboratory**

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612

Frederick Behm, MD Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| VILLAYHONG, MANTH M17024 | | A244-170240 | 05/08/1986 | M | Final | | D244 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| SANTOS, BENERIO | | 03/29/2019 10:15 (a) | 03/29/2019 23:30 | | 04/02/2019 07:05 | | 1 |
| REQUISITION NO. | PT.LAB NO. | LAB REF NO. | | | | | |
| A244.1426 | | | | | | | |

COMMENTS:   F39442:WDCT

| Diagnostic Procedure | Result | | Units | Reference Range |
|---|---|---|---|---|
| | In Range | Out of Range | | |

---Footnotes---
(a)   Duplicate tests are printed on this report.

WOUND CULTURE - SUPE  Collected on: 03/29/2019 10:15
  MICRO LAB SETUP        03/30/2019 0716
     SPECIMEN DESCRIPTION     EAR
     SPECIAL REQUESTS      RECEIVED IN COPAN ESWAB
     CULTURE           MANY PSEUDOMONAS AERUGINOSA VARIETY 1
                            MANY PSEUDOMONAS AERUGINOSA VARIETY 2
                            RARE STAPHYLOCOCCUS SPECIES COAGULASE NEGATIVE
                            PSEUDOMONAS AERUGINOSA IS INTRINSICALLY RESISTANT TO
                            TRIMETHOPRIM-SULFAMETHOXAZOLE.
     REPORT STATUS        FINAL
                            04012019

SUSCEPTIBILITY  Collected on: 03/29/2019 10:15
     ORGANISM          MANY PSEUDOMONAS AERUGINOSA VARIETY 1
     METHOD            MIC SUSCEPTIBILITY
     CEFEPIME          <=2 SUSCEPTIBLE
     LEVOFLOXACIN       <=1 SUSCEPTIBLE
     CIPROFLOXACIN      <=0.5 SUSCEPTIBLE
     AZTREONAM         <=4 SUSCEPTIBLE
     AMIKACIN           <=8 SUSCEPTIBLE
     GENTAMICIN        2 SUSCEPTIBLE
     TOBRAMYCIN        <=2 SUSCEPTIBLE
     PIPERACILLIN/TAZOBAC   <=8 SUSCEPTIBLE
     IMIPENEM           <=1 SUSCEPTIBLE
     MEROPENEM        <=1 SUSCEPTIBLE
     CEFTAZIDIME       8 SUSCEPTIBLE

SUSCEPTIBILITY  Collected on: 03/29/2019 10:15
     ORGANISM          MANY PSEUDOMONAS AERUGINOSA VARIETY 2
     METHOD            MIC SUSCEPTIBILITY
     CEFEPIME          4 SUSCEPTIBLE
     LEVOFLOXACIN       <=1 SUSCEPTIBLE
     CIPROFLOXACIN      <=0.5 SUSCEPTIBLE
     AZTREONAM         8 SUSCEPTIBLE
     AMIKACIN           <=8 SUSCEPTIBLE
     GENTAMICIN        2 SUSCEPTIBLE
     TOBRAMYCIN        <=2 SUSCEPTIBLE
     PIPERACILLIN/TAZOBAC   <=8 SUSCEPTIBLE
     IMIPENEM           <=1 SUSCEPTIBLE
     MEROPENEM        <=1 SUSCEPTIBLE
     CEFTAZIDIME       4 SUSCEPTIBLE

Continued on next page

**Centralia Correctional Center**
9330 Shattuc Road
P.O. Box 1266
Centralia, IL 62801

**University of Illinois Medical Center**
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612

Frederick Behm, MD Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| **VILLAYHONG, MANTH M17024** | **A244-170240** | **05/08/1986** | **M** | **Final** | **D244** |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| **SANTOS, BENERIO** | **03/29/2019 10:15 (a)** | **03/29/2019 23:30** | **04/02/2019 07:05** | **2** |

| REQUISITION NO. | PT.LAB NO. | LAB REF NO. | |
|---|---|---|---|
| **A244.1426** | | | |

COMMENTS: F39442:WDCT

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| End of Report | | | | |





ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**CENTRALIA CORRECTIONAL CENTER**

Offender Information:

Last Name: Vilayhong   First Name: Manith   MI: ___   ID#: M17024

HCUA Note

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/4/19 1100 | Met 1:1 c̄ offender per his request. Voiced complaints of chronic ear condition which causes "increased pressure" which results in pain and frequent infections to his ears. Reviewed medical record and reviewed with him the treatment plan documented by the physician today. Requests to be seen by outside physician, but explained to him that the infection which was diagnosed today should be treated first, before his chronic issue could be resolved. Agreeable and voiced understanding. Instructed to return to Healthcare if symptoms worsen, and was informed of planned follow-up in one month. S. Nalewayko RN HCUA |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 10/2013)
(Replaces DC 7147)

2S

Manith Vilayhong M17024 S4-C8
Centralia Correctional Center
P.O. Box 7711
Centralia IL, 62801

April 8, 2019

Lana Nalewajka HCUA, ADA coordinator

RE: Supplement to Emergency Grievance # E-19-1-125
which you responded to 1-30-19, February 19, 2019 and
March 15, 2019 letter I sent to you and April 4, 2019
Visit I had with you in the HCU where we discussed the
results of my 3-29-19 culture scope and went over the
results indicating I have 3 different staph infections
in my right ear, and also discussed my medical treatment
from all Wexford staff.

I want to point out to you how the health care
system here at C.C.C. failed me. Lippert v. Baldwin
thoroughly details how the health care system daily
puts class members such as myself at risk of pain,
injury, and death. Failure to treat, and unreasonable delay

1

in treating prisoners with serious health conditions
inflicts unnecessary pain and suffering.
First and foremost I would ask you if you believe or
would consider 3 staph infections inside my right ear
a serious medical need? On 1-17-19 I went to the
HCU complaining of right ear pain, pressure, and
distorted hearing. It is apparent that I was suffering
from the effects of these 3 staph infections. I directed
Nurse Brady to review my medical record from 9-11-14,
which documented pressure imbalances in my right ear,
causing pain and distorted hearing. If I did not have
the 3 staph infections at the time of this visit
can you trace them back to a timeline for when I
contracted them? Nurse Brady told me he would put in
for me to see the physician and failed to do so which
caused a 14 day delay for me to see the physician. On
1-27-19 I was tired of suffering and at 10:30 A.M.
requested LT. Jack to contact to HCU and find out
when I was scheduled for a physicians visit. LT. Jack
informed me that only one nurse was on duty and to
check tomorrow. On 1-24-19 I had filed my Emergency
Grievance complaining of pain, pressure, distorted
hearing. On 1-28-19 I spoke to Warden Stock in the
chapel and voiced all of my complaints and requested to
be removed from the Praise and worship choir due to ear
pain. Warden Stock said he would contact you. Same
day I sent you a request for an interview to discuss

2

pain and hearing loss. On 1-30-19 you responded to my E-Grievance and placed me on the physicians line for Vertigo and tinnitus but you disregarded my right ear pain and pressure, and medical records which I directed you to from 8-13-14 to 11-3-14. You skipped right over those and only addressed the 1-17-19 hearing screening and from that moment on due to my passing the hearing screening you and everyone else 100% disregarded anything I had to say about distorted hearing.

On 1-31-19 I saw the physician after a 14 day delay from my initial complaints. The Nurse documented the MD LINE NOTE for Vertigo and tinnitis. When I saw the physician I told him everything and directed him to view my medical record from 9-11-14 documenting pain, pressure, and distorted hearing in my right ear. We reviewed the record together and he inspected my ear and said I needed an ear flush which he scheduled. On 2-5-19 I received a right ear flush and on 2-6-19 I saw the physician Dr. Santos for a follow-up. The physician examined my right ear and once again I voiced my complaints. He told me "we're done" and sent me out of the office, disregarding my pleas for help. Once again I had to push the issue because no one was taking me serious. The next day on 2-7-19 I put in for nurse sick call stating "Having pain in right ear, still feeling Vertigo and distorted hearing. I can feel pressure in my right ear." On 2-9-19 I went to Nurse sick call and once again

3

voiced my same complaints. The Nurse documented I was
having chronic unresolved ear pressure, pain level of 10 at times, Drainage
and hearing loss. On 2-6-19 you responded to my 1-28-19
request denying my interview and once again you disregarded my
right ear pain. You continued to make it look like the only
problem I was having was vertigo. On 2-11-19 I saw the
physician due to 2-9-19 Nurse sick call. Dr. Santos inspected my
ears and told me my right ear drum was bulging out and that
I had an inner ear disorder causing my eustachian tube to close.
Everybody knew about this disorder already. The physician told
me he would put me in for a left ear flush which made no sense
to me because I kept telling him about the unresolved issues
in my right ear and he saw for himself my ear drum bulging.
When I leave his office he leaves right behind me and the nurse
tells me he did not schedule the left ear flush but that she would
get me in somehow. 5 days later on 2-16-19 I still had not
received a left ear flush and I contacted LT. Johnson 2nd
shift to contact the HCU about my ear flush. Next day on 2-17-19
I received the left ear flush which I had to push for so when I
see the physician I would have my left ear flushed already
and wouldn't have to be delayed any further.

   On 2-18-19 the physician examines both my ears and says
I'm fine and sends me away. I couldn't believe it. Dr. Santos
completely disregarded my complaints of excruciating right
ear pain and pressure. He told me to use the Valsalva Maneuver
and to get out of his office. I was appalled that this was the

4

kind of treatment I was receiving from Dr. Santos and I had no doubt in my mind and body that the physician was being deliberately indifferent to my serious medical needs. I knew I had to push even harder or my health was going to deteriorate even further. I knew something very bad was wrong with me because I could feel it. I had already written an Emergency Grievance and sent it to Springfield and been denied and jumped through all these extra hoops and endured all this pain and had been pounding on the walls of health care just to be denied adequate treatment. Everyone was turning a blind eye.

Next day on 2-19-19 I appealed the treatment to you and once again voiced my complaints. I even went so far as to look up medical terms in the dictionary and point out to you how this treatment did not make any logical sense and how the physician was not even attempting to figure out what was really wrong with me. My letter to you reiterated all my complaints and I told you it was so bad that I felt like I was going to fall off my top bunk and hurt myself. You responded on 2-27-19 that you placed me on the physicians line for another follow-up and that my concerns with pressure in my ears is typically a temporary medical issue and also that I had no documented hearing loss. Just because I passed the 1-17-19 hearing screening does not mean that you and the physician can 100% disregard my continued complaints of muffled hearing. You minimized my condition in your response and it still took me 24 days to see the physician again after all my complaining. On 3-14-19 I saw

5

the physician and he finally prescribed me some antibiotics, Amoxicillan for 10 days and said he would follow up on my ear infection and he did not schedule a follow-up. I even wrote you again on 3-15-19 explaining everything just to make sure I'd be okay and you spoke to Dr. Santos and he still didn't issue a follow-up. I finished the 10 days antibiotic on 3-23-19, and on 3-25-19 still had not seen the physician so I once again put in for nurse sick call to get some pain meds and to check up on my follow-up. On 3-27-19 I went to nurse sick call and she informed me there was no follow-up and she put me in to see the physician. On 3-29-19 I saw the physician and once again complained about all my symptoms. Dr. Santos inspected my ears and said I was fine and there's nothing wrong. I put my finger in my right ear and pulled out some pus and showed it to him. He stuck a q-tip in my ear and pulled out some more pus. He said I needed an ear flush and my jaw just dropped. I told him I just had 2 ear flushes and he asked when and I told him a month ago and he immediately said you have an ear infection and told the nurses to go get a culture scope. The physician performed the culture scope and when he removed it I felt a huge amount of pain and pressure in my ear and told him something got stuck in my ear. The physician got another Q-tip and attempted to remove what ever got stuck and he couldn't find anything and he then inspected my ear and told me nothing was in there. I informed him I could hear nothing and that I was very concerned. The physician told me he had hit my ear drum and that was the reason why I felt like this.

6

I left that day with no pain meds so once again I submitted for nurse sick call. On 4-1-19 I went to Nurse sick call and received some. On 4-4-19 I had my physicians follow up and the physician went over my lab results with me in the presence of a HCUA from another institution and informed me of the 3 staph infections. I was told I would be on 30 days of oral antibiotics and ear drops. Shortly there after you called me into your office and we went over the results and had a discussion concerning my treatment and ADA Accomodations request.

Starting on 1-17-19 I complained of excruciating right ear pain, pressure, vertigo. Every single time I came into contact with medical personal I voiced the same complaints, over and over. I jumped hurdle after hurdle and never gave up. The whole entire time I had 3 different staph infections multiplying in my inner and outer right ear attacking and destroying my system.

When did I contract these staph infections and how did I contract them? The lab that performed the culture test could find out how old the staph infections are, and at what rate they were multiplying. It is undeniable that I endured pain and suffering from these 3 staph infections feasting on my inner and outer ears. The physician kept turning me away and I kept telling you and he continued to turn me away. From the first day I

complained on 1-17-19 it took a delay of 56 days to get some antibiotics. It took a delay of 71 days to receive a culture swab. The first 10 days of amoxicillan did not do much because after that I still had many of 2 strands of staph infection and still had the third staph infection which is rare.

How much damage has all these staph infections done to my ear? Am I losing more hearing? Are they eating my ear drum. What are the medical complications? What are these particular types of staph known to do?

I believe that my chronic imbalance of ear pressure contributed to my staph infections. It probably started in my throat and the pressure eventually caused it to become active and travel up into my ear and attack. The staph found a weakness in my ear due to my ear pressure problem.


Respectfully Submitted
MANITH VILAYHONG


I, MANITH VILAYHONG, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the above statements are true and correct.

Manith Vilayhong

8



**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

<u>Centralia</u> <u>Correctional</u> Center

**Earache/Earwax Impaction**

Offender Information:

Last Name: Vilayhong   First Name: Manith   MI: ___   ID#: MN024

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/16  3:55p | (RN NOTE)  LPN/CMT NOTE  S) - Duration — Since 2014 pressure imbalance | (P) Refer to MD if: Requests Motrin Renewal  Also Eval tongue |
| | - Which ear (left or right)?  R ear | - If redness with fever over 101°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to treatment protocol |
| | - Have you recently had a cold, cough, fever or sore throat  I feel like shit    Yes    No  I have an ear infec | |
| | - If yes, pain level 1–10?  Ranges from 5-8 | |
| | - Has there been any drainage    Yes    No  I don't know | No MD Referral: |
| | - Any hearing loss    (Yes)    No | - Discomfort:  Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) OR Ibuprofen 200 mg, 1-2 tablets t.i.d. with meal PRN X 3 days (18 tabs) |
| | - Have you put anything into your ears    Yes    No  Santos put a Q-tip in to get infect | - Earwax:  Debrox 4-6 drops b.i.d. x 5 days.  Refer to clinic for F/U after 5 days for ear flushing with warm water |
| | - Past history of earache, (ear infection) or ear surgery    Yes    (No) | until Seen by MD |
| | - Allergies to medication    Yes    No  The eye drops they put in my ear bothered me - No Allergy  ✓ 143/77 lasix | Patient Teaching:  Do not put anything in ear |
| | O)  T 97  P 67  R 16  BP 142/83  WT 166 | - Medication use |
| | - Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane | - Proper ear covering (hat in winter or windy weather) |
| | - Appearance of external ear and oral cavity:  Describe  R  Possible thrush. | Follow-Up: |
| | - Perforation visualized    Yes    (No) | - Return to sick call if symptoms worsen or persist |
| | - Test hearing (finger rub)  Left: Y/N  Right: Y/N  - Check neck for node pain or for enlargement    Yes    (No) | Nurse Signature  [signature] |
| | A) Alteration in Comfort | Payment voucher    (NA) |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)  (Replaces DC 7147)

2U

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**CENTRALIA CORRECTIONAL CENTER**

Offender Information:

Vilayhong  Manith  ID#: M17024

Last Name   First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/29/19 | MD LINE NOTE  bilat ears, | |
| | T 978  tongue, R/O | |
| | P 79 | |
| | R 16  thrush | |
| | B/P 132/23 | |
| | WT 166 | |
| | MD NA | |
| 9/10 | S elicited di notes t, | P. Nystatin oral |
| | tongue — | suspension  5 cc |
| | O. fullitis patch | QID x 7 days |
| | tongue | F/U — 1 week |
| | skin dry and | Azepra 4mg TID per |
| | @ ea. | RPN |
| | A chronic Otitis | our Roots |
| | media, @ | |
| | Oral Candidiasis | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

2 ⌄

S-2-19

TO: Lana Nalewajka HCUA, ADA coordinator
Inmate Name: Maonith Vilayhong M12024 S4-C8

Today was not a good day for me. I went
to telepsyche and could not hear most of what
Dr. Garb was saying. The sound was like
screeching in my ears and was unbearable.
Both my ear drums hurt and I got nauseas.
I feel like I'm getting worse. The officer
told me I'd be rescheduled. I couldn't stand
the sound anymore so I had to tell Dr. Garb
I was leaving and left. It was like the
sound was driving me crazy.

            M Vilayhong

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Physical Examination
## Centralia Correctional Center

**Offender Information:**

Last Name: _Vilayhong_   First Name: _Manith_   MI: ____   ID#: _M17624_

Date: _5 | 6 | 19_

Time: _11_   ☐ a.m. ☐ p.m.

Race: ☐ White  ☐ African American  ☑ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other ____

Gender: ☐ Male  ☐ Female   Date of Birth: _5 | 8 | 86_

|  | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ✓ |  |  |
| Lab reviewed | ✓ |  |  |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy |  |  |  |
| Substance Abuse |  |  |  |
| a. Alcohol | ☑ | ☐ |  |
| b. IV Drugs | ☐ | ☑ | Ecstasy, cocaine, THC "pills," "shroom" |
| c. Other Drugs | ☐ | ☐ |  |
| d. Hx, drug/alcohol withdrawal | ☐ | ☑ |  |
| Shared Needles |  | ✓ |  |
| Sexual Contact with: |  |  |  |
| a. IV drug user | ☐ | ☑ |  |
| b. Prostitute(s) | ☑ | ☐ |  |
| c. Multiple Partners | ☑ | ☐ |  |
| Homosexual Activity |  | ✓ |  |
| STD | ✓ |  | Genital warts |
| HIV+/AIDS |  | ✓ |  |
| Blood Transfusions |  | ✓ |  |
| Three or more months of: |  |  |  |
| a. Fever | ☐ | ☑ |  |
| b. Diarrhea | ☐ | ☑ |  |
| c. Night Sweats | ☐ | ☑ |  |
| d. Persistent URI | ☐ | ☑ |  |
| Weight Loss (>15 Lbs.) |  | ✓ |  |
| Lymphadenopathy |  |  |  |
| Fatigue |  |  |  |
| Other (Female) |  |  |  |
| a. Mammography | ☐ | ☐ | G ____ P ____ AB ____ LNMP ____ |
|  |  |  | Date/Results: _NA_ |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member: ____ |
| c. PAP Smear | ☐ | ☐ | Date/Results: ____ |

**Past Hospitalizations:**

Diagnosis: ____   Diagnosis: ____

Date(s): ____   Date(s): ____

Hospital: ____   Hospital: ____

Location: ____   Location: ____

Distribution:  Offender's Medical Record

Side 1

Printed on Recycled Paper

DOC 0099 (Rev. 11/2012)

**Offender Information:**

Last Name: _Vilophong_   First Name: _Manith_   MI: ___   ID#: _MI7024_

Date: _5.6.19_   Time: _11_   ☐ a.m. ☐ p.m.

Race: ☐ White ☐ African American ☑ Asian American ☐ Hispanic ☐ Native American ☐ Other___

Gender: ☑ Male ☐ Female   Date of Birth: _5, 8, 86_

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | |
| Nose and Sinuses | ✓ | | |
| Mouth and Throat | | | Oral Condition: |
| Ears | ✓ | | Drums:  Hearing: R -  L - |
| | | | Normal/Grossly Intact:  Diminished: |
| Eyes | ✓ | | Pupils: PERL  Fundoscopic: |
| | | | Accommodation: |
| Lungs and Chest including Breast | ✓ | | Auscultation:  Size: |
| Heart | ✓ | | Rate:  Murmurs: no |
| | | | Rhythm: Regular |
| Vascular | ✓ | | |
| Abdomen | ✓ | | Consistency:  Tenderness: |
| | | | Masses:  Scars: |
| Anus, Rectum (Prostate – 40+ Male Only) | ✓ | | Visual: |
| | | | Digital:  Guaiac + / - / R: |
| Genito-Urinary System | | | |
| Upper Extremities | ✓ | | Strength: |
| | | | ROM: |
| Lower Extremities | ✓ | | Strength: |
| | | | ROM |
| Spine and Musculo-Skeletal | ✓ | | |
| Skin and Lymphatics | ✓ | | |
| Neurologic DTR's | ✓ | | Romberg: |
| | | | Biceps: |
| | | | Patella: |
| Mental Status | ✓ | | |
| Pelvis (Female Only) | | N/R | Cervix:  Vaginal Canal: |
| | | | Fundus:  PAP: ☐ Y ☐ N ☐ R |

**Assessment: Problem #** _____

NKDA

Chronic Otitis,

media R

**Plan:** (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes ☑ No

HR: ☐ Yes ☑ No

Food Handler Status: ___

**Examiners Signature:**

**Dr. Venerio M. Santos**
Print Name

Signature: _____   Date: _5, 6, 19_



ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

## CENTRALIA CORRECTIONAL CENTER

Offender Information:

_Vilayhong_ _Manith_ ___ ID#: _M17024_
Last Name            First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-6-19 | MD LINE NOTE   Flu Chronic | |
| | T  98      Otitis media | |
| | P  58. | |
| | R  16 | |
| | B/P 121/67 | |
| | WT  166 | |
| | M.D note | |
| 9⁰⁰ | S  *illegible* ch pain, *illegible* | P- Continue Cipro |
| | O  ® ear - TM intact | Ohio *illegible* |
| | *illegible* swelling | F/U - 1 month |
| | or reddening | |
| | (improved) no | |
| | *illegible* | |
| | ⓛ ear - WNL | *illegible* |
| | A  chronic Otitis media, ®, | *illegible* |
| | improved | *illegible* 5/6/19 |
| | *illegible* | 940A |
| 5/6/19 | Problem list updated | *illegible* |
| 1120A | PE completed per MD | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

## CENTRALIA CORRECTIONAL CENTER

Offender Information:

Last Name: _Vilayheng_   First Name: _Manith_   MI: ___   ID#: _M17024_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/1/19 | MD LINE NOTE   F/U | |
| | T   98.3 | |
| | P   53   Otitis | |
| | R   16 | |
| | B/P   12   Media | |
| | WT   164 | |
| | | |
| | MD note | |
| | S   Still cro pm, | |
| | with throat ____ | P. Con line |
| 9 ___ | D   ② con. Toe ____ | Cap ____ |
| | intact, no ____ | 0.3 % La ② |
| | A   Allerg React | con B 10 PRN |
| | chair Otto ___ | Clar ___ __ dal |
| | ___ ②, | |
| | improved | |
| | | ___ |

3a

Manith Vilaythong M17024 S4-C8
Centralia C.C.
P.O. BOX 7711
Centralia IL, 62801


June 1, 2019


LANA NALEWASKA HCUA
C.C.C.
P.O. BOX 7711
Centralia IL, 62801


RE: 1. REQUEST TO SPEAK WITH YOU. 2. UPDATE ON
PHYSICIAN VISIT FOR FOLLOW UP TREATMENT PERTAINING
TO 3 STAPH INFECTIONS IN INNER EARS, 3. REQUEST
TO RE-TAKE HEARING SCREENING. 4. Request to see Specialist.


Today I saw the Physician Dr. Santos for my 30 day
follow-up. I informed him that the pain in my
ears has increased since I stopped taking Levoquin
and I requested more and was denied. The Physician
inspected my right ear and I informed him the

colodoscope hurt. The Physician stated based upon his observations the infections are gone and I told him I disagree. I requested another culture to be sure and was denied, I requested to be sent out to see a specialist for the pressure in my ears and was denied, I am still experiencing hearing loss in my right ear and I believe that the staph infections have caused damage to my hearing and therefore I request to take the hearing screening again. Also, I hope that you will help me to get sent out to see an (ENT) Specialist as the Physician has now determined my ear infections are no longer present,

Thank you for your time and consideration.

Respectfully Submitted,
MANITH VILAYHONG
Manith Vilayhong

3b

MANITH VILAYHONG M17024 S4-C8
CENTRALIA C.C.
P.O. BOX 711
CENTRALIA IL, 62801


JUNE 2, 2019


LANA NALEWAJKA HCUA
C.C.C.
P.O. BOX 711
Centralia IL, 62801


RE: SUPPLEMENT TO JUNE 1, 2019 LETTER I SENT YOU,


ON June 1, 2019 the Physician Dr. Scotos told me
that my ear infections are gone and to start using
ear buds again. I told him I will experience pain
and he said be careful because the infections could
come back. He also ordered me eardrops again which
does not make sense to me, IF the infections are gone
and it is okay to use ear buds, why is he directing me
to take more ear drops? Alot of things do not make

sense and I was hoping you could help me
to better understand what's going on,
The Physician has told me my treatment is
done due to the infections being gone and to
now use earbuds, and at the same time he
orders more ear drops to treat the infections.
Is my treatment plan done, or am I still
being treated? The Physician unequivocally
told me that my ear infections are gone, but
on paper it appears he is still treating me for
my ear infections. I would greatly appreciate
if you would clarify the discrepancies for
me, Thank you for your time and consideration,


Respectfully Submitted,
MANITH VILAYHONG
Manith Vilayhong



J.B. Pritzker
Governor

Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Vilayhong, Manith

ID#: M17024

Facility: Centralia

Date: 6/3/19

This is in response to your grievance received on __5/31/19__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4/29/19    Grievance Number: E-19-4-125    Griev Loc: Centralia

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☒ Other  Medical- grieves headphones and watch for hearing issues.

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

- ☒ Other:  Items are not medically indicated at this time. Medical treatment is at the discretion of the provider.

FOR THE BOARD: _Amy Burle_
Amy Burle
Administrative Review Board

CONCURRED: _Rob Jeffreys_   6/4/19
Rob Jeffreys
Acting Director

CC: Warden, Centralia                    Correctional Center
    Vilayhong, Manith              , ID# M17024

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

3C1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-29-19 | Offender: (Please Print) Maiith Vilayhong | ID#: M17024 |
|---|---|---|
| Present Facility: C.C.C. | Facility where grievance issue occurred: C.C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): DELIBERATE INDIFFERENCE

- [ ] Disciplinary Report: ____/____/____    _____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today I saw the Physician Dr. Santos due to my 3 staph infections in my inner ears, I informed him that both of my ears hurt constantly and that I can't use my earbuds, He told me to NOT use EARBUDS, I am fighting 3 Major infections and I need a pair of headphones and a vibrating watch. The physician informed me that the infections are very resilient, I will be fighting these infections for months. I have

**Relief Requested:** Request a pair of headphones and vibrating watch.

- [x] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

MVilayhong    _____    M17024    4, 29, 19
Offender's Signature                ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____
_____
_____
_____
_____

| _____ | _____ | ____/____/____ |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| _____ | ____/____/____ |
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

not been able to use my earbuds for a long time and have already been denied ADA Accomodations.

This is a violation of my 8th Amend right to be free from cruel and unusual punishment. I can not listen to my T.V. or radio period. Earbuds are dangerous for my ears and hurt. The Physician told me to NOT USE THEM. I am following his treatment plan. He told me he knows I can't hear.

Other people who can not hear well have headphones and a watch. Why am I being treated differently and discriminated against?

I also have chronic inner ear pressure which bulges my ear drums out and cause symptoms. Together with the 3 Major Staph infections I am suffering. I have hearing loss, vertigo, pain, pressure, infections, headaches, eye aches, jaw aches, throat pain. And this is not going away any time soon.

To continue to deny me headphones and a watch is deliberately indifferent to my serious medical needs.

CC. Filed



**J.B. Pritzker**
**Governor**

**Rob Jeffreys**
**Acting Director**

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender:  Vilayhong, Manith

ID# :  M17024                                                                          6/4/19
                                                                                        Date
Facility:  Centralia

This is in response to your grievance received on __5/31/19__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __4/28/19__   Grievance Number: __19-4-122__   Griev Loc: __Centralia__

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☑ Other  Medical- grieves co-pay for chronic ear issue.

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☑ Other:  The ear condition does not qualify as a 'chronic' condition.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

FOR THE BOARD: *Amy Burle*                    CONCURRED: *Rob Jeffreys*
                        Amy Burle                                        Rob Jeffreys
                Administrative Review Board                        Acting Director

CC:  Warden,  Centralia _____ Correctional Center
        Vilayhong, Manith _____, ID# M17024

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M17024 | **Counseling Date** | 06/05/19 11:10:18:500 |
| **Offender Name** | VILAYHONG, MANITH A. | **Type** | Collateral |
| **Current Admit Date** | 10/19/2010 | **Method** | Other |
| **MSR Date** | 02/02/2029 | **Location** | CEN ACADEMIC |
| **HSE/GAL/CELL** | S4-C -08 | **Staff** | COURTRIGHT, NATHAN R., Correctional Officer |

Note to offender: Sent a message to the HCU Administrator and Mental Health about your ear issues. Just waiting for a response.

It may take a Day or two. I will get back to you.

Courtright

**Print Date  6/5/2019**

*BEGIN USING FROM BOTTOM UP

NKDA                              3f                        5/8/86

State of Illinois                 PRESCRIPTION ORDER
Dept. of Corrections              Chart Copy (Not a prescription)

Patient _Vilayhong, Manith_         Reg. # _M17024_     Date: 4/4/19

Problem _____

ORDER: (Physician's Signature After Last Order) ___ _dile_ X 1 month
   _Kinagi    iso         dile   X 1 month_
   _Cipro Otic    ik  1-2 gb  BID to R ear_
   _____ PRN H 2)    X 1 month_

DEA/Illinois Lic. # _____ Physician (Print) _____
   ☐ May Substitute _____  M.D.
   ☐ May Not Substitute _____  M.D. 4/4/19
DCA 7000                          Noted by: _____  Date:
IL 426-1417

---

NKDA                                                     5-8-86

State of Illinois                 PRESCRIPTION ORDER
Dept. of Corrections              Chart Copy (Not a prescription)

Patient _Vilayhong, Manith_         Reg. # _M17024_     Date: 3/29/19

Problem _____

ORDER: (Physician's Signature After Last Order) _____
   _Coticospan    Otic   ik   5-7   gb   BID_
   _to  R  ear  X 1 week_

DEA/Illinois Lic. # _____ Physician (Print) _____
   ☐ May Substitute _____  M.D.
   ☐ May Not Substitute _____  M.D.
DCA 7000                          Noted by: _____  Date: 3/29/19
IL 426-1417

---

NKDA                                                     5-8-86

State of Illinois                 PRESCRIPTION ORDER
Dept. of Corrections              Chart Copy (Not a prescription)

Patient _Vilayhong Manith_          Reg. # _M17024_     Date: 3/14/19

Problem _____

ORDER: (Physician's Signature After Last Order) _____
   _Augmentin   875mg   BID X 10 days_

DEA/Illinois Lic. # _____ Physician (Print) _____
   ☐ May Substitute _____  M.D.
   ☐ May Not Substitute _____  M.D.
DCA 7000                          Noted by: _____  Date: 3/14/19
IL 426-1417

*BEGIN USING FROM BOTTOM UP

NKDA

**State of Illinois**
**Dept. of Corrections**
**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient Vilayheng , Manith      Reg. # M17024      Date: 5/9/19

Problem _____

ORDER: (Physician's Signature After Last Order)   Ciprofloxacin 0.3% eye drops
ii drops BID to (R) ear x 1 month

DEA/Illinois Lic. # _____    Physician (Print) TO Dr. Santos

☐ May Substitute                                          M.D.
☐ May Not Substitute                                     M.D.
DCA 7000          Noted by: _____        Date: 5/9/19
IL 426-1417

---

NKDA                                        5-8-86

**State of Illinois**
**Dept. of Corrections**
**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient Vilayhong Manith      Reg. # M17024      Date: 5/6/19

Problem _____

ORDER: (Physician's Signature After Last Order)
Cipro 0.3% B.I
Cipro Otic drops 2 gtt BID to (R)
                                   ear x 1 month

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute                                          M.D.
☐ May Not Substitute                                     M.D.
DCA 7000          Noted by: _____        Date: 5/6/19
IL 426-1417

---

NKDA                                        5-8-86

**State of Illinois**
**Dept. of Corrections**
**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient Vilayhong Manith      Reg. # M17024      Date: 4/29/19

Problem _____

ORDER: (Physician's Signature After Last Order)   hh Yacy TID p PRN x 30
Nystatin Oral Suspensión 5 cc QID
(Swish & swallow) x 7 days

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute                                          M.D.
☐ May Not Substitute                                     M.D.
DCA 7000          Noted by: _____        Date: 4-29-19
IL 426-1417

**\*BEGIN USING FROM BOTTOM UP**

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417          Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417          Noted by: _____ Date: _____

---

NKA                                                      5/8/86

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Vilayhong, Manith          Reg. # M 17024          Date 5/8/86

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417          Noted by: _____ Date: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

(1 of 3) 31

| Date: 6-26-19 | Offender: (Please Print) Manith Vilaybong | ID#: M17024 |

| Present Facility: C.C.C. | Facility where grievance issue occurred: C.C.C. |

**NATURE OF GRIEVANCE:**

E-19-6-103

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): CHRONIC OTITIS MEDIA

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have chronic Otitis Media of PSEUDOMONAS AERUGINOSA VARIETY 1 and 2 and was directed by Lana Nalewajka to return to NSC if pain persists. Pain is increasing so today I went to NSC @ 2 P.M., to request pain meds. The nurse asked me what's going on and I informed her that on 6-1-19 the physician Dr. Scott told me my treatment was done and my infections were gone. I informed her I had pus in both ears which other people told me they see and my ears hurt so I need pain meds. She inspected my ears with an otoscope and I immediately felt dizzy and told her

**Relief Requested:** Request adequate medical treatment

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

M Vilaybong   Offender's Signature        M17024   6, 26, 19
                                           ID#       Date

**(Continue on reverse side if necessary)**

---

**Counselor's Response (If applicable)**

Date Received: ____ / ____ / ____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**RECEIVED**   **EMERGENCY REVIEW**

Date Received: JUN 27 2019

CENTRALIA CORRECTIONAL CENTER
WARDEN'S OFFICE

Is this determined to be of an emergency nature?   [x] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature        6, 22, 19
                                                Date

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)
Printed on Recycled Paper

it hurt. She said I had ear wax build up. She then went to inspecting my ® ear and I requested she put a new covering on the otoscope as to not transfer infection and she responded there was no hole in my ear drum so an infection can't spread but she reluctantly said she would do so if it made me feel better. Examination of my ® ear hurt and she said I had ear wax build up. I told her it was pus from the infections and she indicated she knew I've had those infections for a long time. She said she would give me ear wax removal drops for an ear flush and I told her I don't feel safe putting anything in my ears unless directed to do so by the Dr. She asked me if I was refusing treatment and I reiterated I don't feel safe. She directed me to sit in the waiting area and returned @ 10 min. later with some Ibprofen. She asked me "are you doing this for documentation?" "Why are you here?" "I want to know?" I was shocked that she was asking such strange questions. I once again told her my ears hurt and I need pain meds, I don't feel safe following her treatment plan for chronic Otitis Media unless directed to do so by the Dr. She said your choosing not to see the Dr. and I informed her that I never said that. It's not my choice if the Dr. chooses to treat me or not that's his choice. She told me to sign the voucher for payment of meds and to leave. She said I don't need to come to her for pain med's → → I can get them cheaper from commissary.

On 6-7-19 the Physician told me my infections were gone and now here it is 3½ wks later my ears are filled up with pus and I'm still in pain. I filed an Emergency Grievance on 1-24-19 documenting my ear issues. It has been 5 MONTHS and I'm still getting the "run-around". Chronic Otitis Media comes from acute Otitis Media which is left untreated. Eventually it gets to the point where the infections are well established. The pus it produces can cause perforation of the ear drum or damage to the small bones in the middle ear. I've been taking ciprofloxacin drops since 4-7-19 twice a day, that's over 2½ months and my ears are still filling with pus so obviously ciprofloxacin is not working because it can not reach the infection site.

It is well documented in my Medical Records that I have chronic Otitis Media. The Nurse today was aware of that. She is treating my pus build up as merely "ear wax" and I don't feel safe putting anything in my ears and letting a nurse flush my ears which hurt unless the Dr. personally tells me that's the treatment plan. The infections could have spread to my mastoid process. I may have cholesteatoma. The infections could lead to meningitis which could be fatal. I've endured 5 months straight of pain, not hearing well, pus in my ears, pressure in my ears causing pain, vertigo, ear itching, getting the "run-around", being told nothing's wrong, and through it all here we are with a nurse saying I merely have ear wax build up and lets do an ear flush. My condition is serious and I'm not going to let any nurse treat me for my ear infections with their prognosis of what will solve the problem. I want the Dr. to inspect my ears himself and if he directs ear wax removal drops and an ear flush I would follow the Dr's treatment plan as I always have. Warden Stock has told me to be patient and I have

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

(3 of 3)

| Date: 6-26-19 | Offender: (Please Print) Manith Vilayhong | ID#: M17024 |
|---|---|---|

| Present Facility: C.C.C. | Facility where grievance issue occurred: C.C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment.
- [ ] ADA Disability Accommodation
- [ ] HIPAA   CHRONIC OTITIS
- [x] Other (specify):   MEDIA

- [ ] Disciplinary Report: _____ / _____ / _____
    Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

been for 5 months. The constant struggle has taken a psychological toll on me. I think about my future and how this condition will affect me as I get older. Every day I'm sitting around waiting for IDOC and WEXFORD to figure out what they are going to do or not do to help me is another day I suffer and my condition is getting worse. The infections are spreading and that's obvious. I hope and pray that I am not retaliated against in any way, shape or form, due to me exercising my protected right to petition the government for a redress of grievances. C.C. FILED

**Relief Requested:** Request adequate medical treatment.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_M Vilay_ Offender's Signature          M17024   6, 26, 19
                                         ID#       Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | Date |
|---|---|

3J

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO OFFENDER'S GRIEVANCE**

S4c8

| **Grievance Officer's Report** |
|---|

**Date Received:** 6/27/2019          **Date of Review:** 7/2/2019          **Grievance #** (optional): E-19-6-103

**Offender:** Vilayhong                                    **ID#:** M17024

**Nature of Grievance:** medical treatment

**Facts Reviewed:** Offender states he has chronic otitus medial of pheudonomonas aeruginosa and was directed by the HCUA to return to nurse sick call if pain persisits. Offender was told by the doctor that his ear infections were healed. Offender also says that pus can be seen in his ears and other offenders tell him they can see the pus as well. Offender says the pain in his ears in bad enough to return to sick call and requests medication for treatment. Offender says he was told by the RN that he has wax build up. Offender also says that he was not comfortable with the RN's treatment plan for wax removal, so he accepted the pain medication instead. Offender also states has been taking ciprofloxar ear drops since 4-7-2019, but the ear issues are not healed.

Offender requests treatment for his ear infections/issues.

Per HCUA, ; offender's grievance as well as his medical record have been reviewed.  He was seen at sick call on 6/26/19 – for c/o bilateral ear pain.  It is documented that there was a small amount of wax in both ears, however the offender is documented stating "I don't want to see the doctor, I don't want drops, I need Motrin only – therefore.  18 tabs of Ibuprofen 200 mg were given.  He was not denied an appointment with the doctor, but he actually declined this.  His information as well as this grievance has been sent to the agency medical director's office for further review per protocol.  If the offender feels that he needs to be seen, he can return to nurse sick call at any time for further evaluation and treatment.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends offender's grievance be denied.

Susan Walker CCII
_____          _____
**Print Grievance Officer's Name**                    **Grievance Officer's Signature**
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

RECEIVED

| **Chief Administrative Officer's Response** |
|---|

**Date Received:** JUL 02 2019      ☒ I concur      ☐ I do not concur      ☐ Remand

**Comments:** CENTRALIA CORRECTIONAL CENTER
WARDEN'S OFFICE

_____                              7/2/19
**Chief Administrative Officer's Signature**                              **Date**

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

M Vilayhong                              M17024          7/9/19
_____          _____          _____
**Offender's Signature**                    **ID#**              **Date**

MANITH VILAYHONG M17024 S4-C8
CENTRALIA C.C.
P.O. BOX 711
CENTRALIA IL, 62801

JULY 4, 2019

ARB
P.O. BOX 19277
SPRINGFIELD, IL 62794

RE: OFFENDER APPEAL FOR GRIEVANCE # E-19-6-103
MEDICAL TREATMENT CHRONIC OTITUS MEDIA.

I MANITH VILAYHONG, am appealing this E-Grievance to the
Director.
  First and foremost I would like to clarify that I never
alleged in my Grievance that anybody denied me to see
the Dr. I did however indicate that the treating nurse
asked me some strange questions which raise a red flag. She
said" are you doing this for documentation, why are you here,
I want to know?" Clearly she was very concerned about how

1

she was going to document this NSC, and the HCUA completely hangs her hat on this questionable documentation and declines to address the issue of what really happened. The Nurse tried to prescribe me ear wax removal drops and schedule me for an ear flush when she knew I had chronic Otitus Media and I refused because I did not feel safe following that prognosis unless directed to do so by the Dr. This nurse knew I was in pain and she wanted to flush my ears with a high power syringe which would have been excruciating and would have completely flooded my ears with water providing a wet moist area for my bacterias to grow, and on top of that pus from infections can cause perforation of ear drums so the syringe pressure could have damaged my ear drums. The HCUA does not even in the slightest touch on any of these issues.

I wrote in my Grievance the nurse said" your choosing not to see the Dr." and I informed her that I never said that. I told her I would not accept her treatment unless told to do so by the Dr. The nurse and I were conversing about my build up of foreign substance in my ears and were disagreeing on whether it was ear wax or pus and were having a break-down in communication about how to remove or treat it.

The nurse doctored up the documentation making it seem like I walked in there and just refused to see the Dr. The HCUA did the same. The quote the nurse used doesn't even sound believable.

With my chronic Otitus Media condition being

2

known to the RN, I was distraught that she wouldn't even consider my concerns that my ears were filled with pus and not her blanket statement that it could only be ear wax. The RN had tunnel vision and she was going to treat me with the basic protocall of ear wax removal drops and an ear flush and not even factor in my medical condition.

I initially started complaining of ear pain here at C.C.C. on 1-17-19. My Medical Records are saturated with evidence that multiple nurses and even the Dr. examined my ears multiple times and missed the infections and gave me ear flushes which obviously contributed to the bacterias growing. Even when I still kept complaining of pain I continued to be sent away with supposably no signs of infection. This same culture of deliberate indifference to my serious medical needs keeps happening to me and when I complain everybody is covering for everybody from the bottom to the top.

So according to the HCUA I went to the HCU for NSC and had a small amount of wax in both ears, refused to see the Dr., refused drops, and just took the pain meds, and she wanted to let it be known that I was not denied an appointment with the Dr., when I never said in my Grievance I was denied an appointment. Look at how minute she makes the situation appear. The HCUA is suppose to be supervising the HCU and instead of actually properly

3

addressing relevant issues within her own people which may not look favorable upon them and bringing these issues to light and correcting them she just sweeps it under the rug and turns a blind eye.

Respectfully submitted,

MANITH VILAYHONG

M Vilayhong

C.C. FILED
UPTOWN PEOPLE'S LAW CENTER

4

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 7-1-19 | Offender: (Please Print) Manith Vilayhong | ID#: M17024 |
|---|---|---|
| Present Facility: C.C.C. | Facility where grievance issue occurred: C.C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA CO-PAY
- [x] Other (specify): CHRONIC OTITUS MEDIA

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4-29-19 I filed Grievance #19-4-122, which pertained to being charged $5 co-pay for a chronic ear condition treatment. I requested Lara Nalewajka HCUA to document in my Medical Records my condition was chronic and was denied. I was notified that my ear condition was not chronic by the HCUA and on 6/4/19 the ARB Denied my Grievance stating The ear condition does not qualify as a 'chronic ear issue'. On 6/24/19 I received my Medical Records up to the present date of 6/24/19 and upon review I

**Relief Requested:** 1. Request reimbursement for $5 co-pay. 2. Request the ARB reverse their decision and reimburse me $5 for co-pay. 3. Request to not be charged $5 co-pay in the future for treatment of chronic Otitis Media.

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_M Vilayhong_      M17024      7, 1, 19
Offender's Signature      ID#      Date

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

Date
Received: ____ / ____ / ____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | ____ / ____ / ____ Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

Date
Received: ____ / ____ / ____    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      ____ / ____ / ____ Date

discovered that on the dates of 4-4-19, 5-6-19, and 6-1-19, the Medical records document "CHRONIC OTITIS MEDIA".

How is my condition not deemed chronic by the HCU4, and the ARB when the Medical Records document my ear issues as CHRONIC OTITIS MEDIA?

On 6/26/19 I went to NSC for treatment of my chronic Otitis Media. I requested pain meds and was charged a $5 co-pay. I also complained of pus in my ears which the nurse deemed as ear wax.

Whenever I go to health care for treatment of my chronic Otitis Media I should not be charged $5 co-pay.

Attached to Grievance 4-4-19, 5-6-19, Medical Records, 6-4-19 ARB Denial.   6-1-19

C.C. FILED

(1 of 2)

MANITH VILAYHONG M17024 S4-C8
CENTRALIA C.C.
P.O. BOX 7711
CENTRALIA IL, 62801

July 3, 2019

LANA NALEWAJKA HCUA
CENTRALIA C.C.
P.O. BOX 7711
CENTRALIA IL, 62801

RE: MEDICAL INFORMATION RELEASE FORM

ON April 10, 2019, my Grandmother ~~████████~~ ~~██████████████████~~ contacted you by phone requesting to speak with you about my Medical Information. The same day you sent me a release form which I completed and sent back to you that night. On June 3, 2019, and June 27, 2019, my Grandmother contacted you and you discussed my Medical Information to →

(2 of 2)

her. Up until today there has been no problem with the disclosure of my Medical Information. Today my Grandmother contacted Mary Klein Medical Administrator for Centralia C.C. who contacted you. Mary Klein informed my Grandmother ~~to tell me to send you~~ that upon contacting you it was conveyed that there is no authorization to disclose Medical Information. Mary Klein directed my Grandmother to tell me to send you a request for a Medical Information release form so my Grandmother may have permission to discuss my Medical Information with Mary Klein and vise-versa. To my personal direct knowledge I have already authorized this same action before and you have already discussed my Medical Information with my Grandmother, which would indicate either this authorization form is already on file or your discussing Medical Information with my Grandmother without my authorization to do so. It appears to me that my family and I are getting the run-around.

Manith Vilayheng

C.C. FILED
UPTOWN PEOPLE'S LAW CENTER

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Centralia Correctional Center
9330 Shattuc Rd, P.O. Box 1266 • Centralia, IL  62801 • (618) 533-4111 TDD: (800) 526-0844

# MEMORANDUM

DATE: **4|10|19**

TO:  Inmate: **Vilayhong**

 IDOC#: **M17024**   HOUSING UNIT: **54C8**

FROM:  Lana Nalewajka, HCUA

SUBJECT:  Disclosing Medical Information via Telephone

I received your request to discuss your medical information with a family member over the phone and/or a family member: **Grandmother** has requested to discuss your medical care over the phone. Before we can discuss anything with them, we need you to sign an "Authorization for Release of Offender Medical Health Information-DOC 0241" form, giving either the HCUA or the DON authorization to discuss your medical care with the individual(s) listed.

Please complete the highlighted areas, and **return the form to: HCU-Medical Records.**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M17024 | **Counseling Date** | 07/03/19 09:53:47:307 |
| **Offender Name** | VILAYHONG, MANITH A. | **Type** | Collateral |
| **Current Admit Date** | 10/19/2010 | **Method** | Other |
| **MSR Date** | 02/02/2029 | **Location** | CEN ACADEMIC |
| **HSE/GAL/CELL** | S4-C -08 | **Staff** | COURTRIGHT, NATHAN R., Correctional Officer |

Note to offender:  I've sent the HCU Administrator an e-mail and I'm waiting for a response.  Talked to the Grievance Officer and your Emergency Grievance was deemed and Emergency and it's moving through the proper channels at this time.  I'm going to let the process run it's coarse.  If you don't hear anything in a week go ahead and send me a request slip and fill me in on the situation.

**Print Date  7/3/2019**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M17024 | **Counseling Date** | 07/08/19 08:39:34:203 |
| **Offender Name** | VILAYHONG, MANITH A. | **Type** | Collateral |
| **Current Admit Date** | 10/19/2010 | **Method** | Other |
| **MSR Date** | 02/02/2029 | **Location** | CEN ACADEMIC |
| **HSE/GAL/CELL** | S4-C -08 | **Staff** | COURTRIGHT, NATHAN R., Correctional Officer |

Note to offender:  Sent an E-mail to Lana Nalewajka about your chronic ear pain and she responded back that, ".  I have referred his case to the agency medical director for further review."  It looks like the HCU Administrator is following up on your issues it just takes time.  The state moves at a snails pace.

**Print Date**  7/8/2019



3p

On July 8, 2019, I MANITH VILAYHONG, went to my physicians appointment due to my chronic Otitus Media and bi-lateral ear pain, Dr. Santos was on vacation and another physician from Pickneyville C.C. took his place. This physician examined my ears and said "they look like cottage cheese". He informed me he believed I had thrush. I told him I knew I had thrush and showed him my white tongue. I informed him that on June 1, 2019, I requested more probiotics from Dr. Santos and was denied. This physician informed me the thrush is probably in my esophagus already. I told him all about my ear issues pertaining to my staph infections. He asked me why hadn't I seen an ENT already? I told him Lora Nalewajka HCUA and Warden Stock told me I'm at the collegial review level. The physician said there's nothing in my file about collegial review for an ENT that he could see. He therefore submitted me for ENT and provided me with bi-lateral culture swabs.

   I MANITH VILAYHONG, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

MANITH VILAYHONG M17024
M Vilayhong
C.C.C.
P.O. BOX 711
Centralia C.C.

Meanith Vilayhong M70024
C.C.C.
P.O.Box 711
Centralia IL 62801

LEGAL MAIL

LEGAL

Circuit Court Clerk
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201



This Correspondence
Is From An Inmate
Of The IL Dept
Of Corrections



ZIP 62801
02 4W
0000358428JUL 10

U.S.POSTAGE≫PITNEY
$ 007.



RECEIVED

JUL 1 1 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE