IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| MANITH VILAYHONG, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:19-CV-748-MAB[1] |
| VENERIO SANTOS, LANA NALEWAJKA, JON FATHEREE, STEVE MEEKS, and WEXFORD HEALTH SOURCES, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that Defendant Jon Fatheree was **DISMISSED without prejudice** by virtue of the Second Amended Complaint filed on June 3, 2020 (Doc. 99).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the summary judgment order dated September 20, 2022 (Doc. 177), Defendants Lana Nalewajka, Steve Meeks, and Wexford Health Sources, Inc. were **DISMISSED with prejudice**. Judgment is hereby entered in their favor.

**IT IS FURTHER ORDERED AND ADJUDGED** that all remaining claims were settled or otherwise resolved, as reflected in the Order dated March 1, 2023 (Doc. 197),

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Docs. 78, 109, 111, 122, 123).

and Defendant Venerio Santos is **DISMISSED with prejudice**, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: May 31, 2023

                                **MONICA A. STUMP,**
                                **Clerk of Court**

                                BY: /s/ Jennifer Jones
                                    **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**